FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 2022

TAMMY H. DOWNS, CLERK
By:_____
                DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JEROME MILLER                                                                   PLAINTIFF

Case No: 2:22-cv-115-BSM

THE ARKANSAS STATE UNIVERSITY BOARD OF TRUSTEES,
CHRISTY CLARK, Chair, PRICE GARDNER, Vice Chair,
NIEL CROWSON, Secretary, STEVE EDDINGTON, Member,
ROBERT G. RUDOLPH, JR., Member, PAUL ROWTON, Member
JERRY MORGAN, Member, CHARLES L. WELCH, President,
JANAN ABERNATHY, Individually and in her capacity
as Vice Chancellor for Finance & Administration, and
JACKIE LEACH, Individually and in his capacity as
Human Resources Representative for ASU – Mid South, and
John Does 1-10, individually and in their official capacity as
Employees of ASU – Mid South                                DEFENDANTS

## COMPLAINT

COMES Plaintiff, JEROME MILLER, through counsel, SUTTER & GILLHAM, P.L.L.C., for his Complaint, he states:

### PARTIES AND JURISDICTION

1. Plaintiff, Jerome Miller, is a resident and citizen of Memphis, Tennessee who was employed by and applied for a job at Arkansas State University – Mid South as an Aviation Maintenance Technology Instructor.

2. Defendant, The Arkansas State University Board of Trustees, is a public university with a campus in West Memphis, Arkansas.

3. Defendant, JaNan Abernathy, is the Vice Chancellor for Finance and Administration at ASU – Mid South. Upon information and belief, Abernathy is a resident and citizen of Crittenden County, Arkansas.

This case assigned to District Judge **Miller**
and to Magistrate Judge **Volpe**

4. Defendant, Jackie Leach, is the human resources representative for ASU – Mid South. Upon information and belief, Leach is a resident and citizen of Crittenden County, Arkansas.

5. Defendants, CHRISTY CLARK, Chair, PRICE GARDNER, Vice Chair, NIEL CROWSON, Secretary, STEVE EDDINGTON, Member, ROBERT G. RUDOLPH, JR., Member, PAUL ROWTON, Member, JERRY MORGAN, Member, CHARLES L. WELCH, President, compose the Board of Trustees whom govern the Arkansas State University System.

6. Defendants John Does 1-10 are employees of ASU – Mid South who participated in the decision to refuse to hire Plaintiff.

7. This is an action for race discrimination in violation of Plaintiff's rights to procedural and substantive due process as guaranteed by the 14th Amendment and Title VII.

8. Accordingly, this Court has personal jurisdiction over the Defendants.

9. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1332.

10. Since the events giving rise to this action occurred in this district, venue is proper under 28 U.S.C § 1391(b).

**GENERAL ALLEGATIONS OF FACT**

11. Plaintiff is a certified Aircraft and Powerplant mechanic by the Federal Aviation Administration who has over 40 years of experience working on aircraft.

12. Plaintiff worked for Arkansas State University Midsouth from January 2016 through May 2019 and prior for Upper Limit Aviation (06/2013 to 04/2015) in support of the ASUMS's college FAA flight school as an Aircraft and Helicopter Mechanic.

13. Plaintiff is an African American Male.

14. Plaintiff was 1 of 2 FAA inspection authorizations (Inspectors) for ASUMS's college flight Program.

15. Around August 25, 2020, ASU – Mid South posted a job for a full time Aviation Maintenance Technology Instructor.

16. Plaintiff saw the posting and spoke to Defendant Leach about the job. They told Plaintiff that he needed to only send a Philosophy of Education which Plaintiff did.

17. Plaintiff applied for the job as he was extremely qualified for the job.

18. Defendant Abernathy interviewed Plaintiff and was extremely hostile.

19. Defendants hired a lesser qualified white male.

20. This action was filed within 90 days of Plaintiff's receipt of his Right to Sue Letter issued by the EEOC.

## COUNT I – TITLE VII AND 42 U.S.C. § 1981

21. Plaintiff realleges the foregoing as if fully set out herein.

22. Plaintiff is an African-American Male.

23. Defendant hired lesser qualified Caucasians for the same job that Plaintiff applied.

24. As a result, Plaintiff alleges that Defendant has discriminated against Plaintiff on the basis of her race in violation of Title VII and of 42 U.S.C. § 1981.

25. As direct and proximate cause of Defendant's acts and omissions as alleged herein, Plaintiff has suffered severe mental, emotional, and physical distress, lost wages, lost earning capacity, incurred medical bills that she would not otherwise have incurred, and lost retirement benefits.

26. Defendant's actions have so egregious so as to justify the imposition of punitive damages in an amount to deter future conduct.

## COUNT II – 42 U.S.C. § 1983

27. Plaintiff realleges the foregoing as if fully setout herein.

28. Plaintiff has a right to equal protection and due process as guaranteed by the United States Constitution and the 5th and 14th Amendment. These rights were clearly established.

29. Plaintiff was not hired because he is an African American Male.

30. Defendants hired a lesser qualified white male instead.

31. As direct and proximate cause of Defendant's acts and omissions as alleged herein, Plaintiff has suffered severe mental, emotional, and physical distress, lost wages, lost earning capacity, incurred medical bills that she would not otherwise have incurred, and lost retirement benefits.

32. Defendant's actions have so egregious so as to justify the imposition of punitive damages in an amount to deter future conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for compensatory and punitive damages on; for liquidated damages; for back pay; for front pay or reinstatement; a jury trial of all issues so triable; for an injunction requiring Defendant to remove all adverse employment information from Plaintiff's personnel file; for a declaratory judgment that Defendant's acts and omissions have violated Title VII and Plaintiff's right to due process and equal protection; for a reasonable attorneys' fee; for costs; and for all other proper relief.

Respectfully submitted,

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018

501/315-1910 Office
501/315-1916 Facsimile
Attorneys for the Plaintiff

_____
Luther Oneal Sutter, Esq., ARBN 95-031
luther.sutterlaw@gmail.com