IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEROME MILLER**                                                                 **PLAINTIFF**

v.                  **CASE NO: 2:22-CV-00115-BSM**

**ARKANSAS STATE UNIVERSITY**
**BOARD OF TRUSTEES,** *et al.*                                       **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of December, 2023.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE